In the Matter of WILLIAM H. SMITH et al., Appellants, against WILLIAM F. MORGAN, JR., as Commissioner of Markets of the City of New York, Respondent.

Argued May 31, 1938; decided July 7, 1938.

*Abraham Buchman* for appellants.

*William C. Chanler,* Corporation Counsel (*Paxton Blair* and *Francis J. Bloustein* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.